# UNITED STATES DISTRICT COURT
## District of Minnesota

Greenstate Credit Union

**JUDGMENT IN A CIVIL CASE**

Plaintiff(s),

v.

Case Number: 20-cv-00621-DSD-DTS

Hy-Vee, Inc.

Defendant(s).

☐ **Jury Verdict**.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

1. The motion to dismiss [ECF No. 64] is granted; and
2. The action is dismissed with prejudice.

Date: 7/20/2021

KATE M. FOGARTY, CLERK